IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3078 |
| vs. | |
| CLIFTON HUDSON, | ORDER |
| Defendants. | |

Defendant has filed a motion to suppress evidence obtained through the execution of search warrants, (Filing No. 61), arguing that the warrant applications failed to support a finding of probable cause, the affiant officer misrepresented or concealed material facts when applying for the warrants, the judge "rubber-stamped" the warrants, and the warrant applications were so deficient that no reasonable officer would have relied upon the resulting warrants as authority to conduct the requested searches.

The defendant must make a threshold showing before the court will set a <u>Franks</u> hearing, and as to all issues raised, the court must review the warrant applications and warrants before determining if a hearing is needed. The defendant has not filed these documents.

Accordingly,

IT IS ORDERED that on or before December 21, 2015, the defendant shall file the warrant applications and warrants at issue on his motion to suppress, in the absence of which the motion to suppress will be denied without a hearing.

December 15, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge