IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3078 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| CLIFTON HUDSON, | ) | |
| Defendant. | ) | |

A telephone conference call with counsel of record was held today. The government needs a continuance because a critical witness is being held by the Bureau of Prisons and the United States Marshal Service cannot get that witness here for the March 21, 2016 trial. Moreover, this case is not ripe. The Defendant has until March 11, 2016 to object to the Findings and Recommendation of the Magistrate Judge regarding a motion to suppress. I will, of course, need time to review the Findings and Recommendation de novo even if there is no objection. Still further, the defendant has sought and received several continuances himself. Under these circumstances, the defendant's oral objection is denied, and

IT IS ORDERED that:

(1) The jury trial of this case as to Defendant Clifton Hudson is continued on the government's oral motion and the jury trial is now scheduled to commence on Monday, April 25, 2016, for four days, before the undersigned Senior United States District Judge, in Lincoln, Nebraska. This is the Number One case for April 25, 2016.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(3) The Clerk shall hand deliver a copy of this document to the United States Marshals. I herewith request that the USMS get the government's witnesses here without further delay.

(4) The Clerk shall provide Judge Zwart with a copy of this document.

(5) My chambers shall make sure this matter is properly calendared.

Dated: March 8, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge