IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3078 |
| v. | ) | |
| CLIFTON HUDSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Assistant Federal Public Defender John C. Vanderslice's motion to withdraw as counsel for the defendant (filing no. 138) is granted.

(2) The plaintiff's motion for hearing on possible conflict of interest (filing no. 136) is denied as moot.

(3) The plaintiff's motion to restrict (filing no. 137) is granted.

(4) The defendant's April 25, 2016, trial is canceled.

(5) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(6) This matter is referred to Magistrate Judge Zwart to appoint counsel and to further progress the case.

DATED this 11th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge