IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3078 |
| vs. | |
| CLIFTON HUDSON, | ORDER |
| Defendants. | |

The court has granted the motion to withdraw filed by Assistant Federal Public Defender John C. Vanderslice. The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1)  The clerk shall forward this memorandum and order to the Federal Public Defender.

2)  The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The court recommends appointment of an "A" panel attorney.

3)  The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

April 11, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge