IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3078 |
| vs. | ORDER |
| CLIFTON HUDSON, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant Hudson's newly appointed counsel, Jonathan M. Braaten, may receive partially redacted copies of police reports, credit union employee interviews, <u>Brady</u> and exculpatory information, plea agreements and cooperation agreements, Jencks Act materials, and grand jury testimony for all witnesses Plaintiff anticipates to call as witnesses at trial.

2) Defendant Hudson's former counsel, John C. Vanderslice, is permitted to forward all documents received from the government, including any documents subject to a protective order, to Mr. Braaten.

3) Mr. Braaten shall not show, disclose, or disseminate these copies to anyone else, including but not limited to Defendant Hudson, except upon motion and further order of the court.

Dated this 15th day of April, 2016.

BY THE COURT:

_____
United States Magistrate Judge